| United States Bankruptcy Court<br>District of New Hampshire | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MV Communications, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**02-0449074** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**55 Bridge Street, Ste 200**<br>**Manchester, NH**<br>ZIP Code **03101** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 4963**<br>**Manchester, NH**<br>ZIP Code **03108-4963** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9      of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13   of a Foreign Nonmain Proceeding |

| Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ☑ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as    business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** <br><br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **MV Communications, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)      (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br><br> ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br><br> ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br>      _____ <br>      (Name of landlord that obtained judgment) <br><br><br>      _____ <br>      (Address of landlord) <br><br> ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**MV Communications, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Steven M. Notinger**
Signature of Attorney for Debtor(s)

**Steven M. Notinger #03229**
Printed Name of Attorney for Debtor(s)

**Donchess & Notinger, P.C.**
Firm Name

**547 Amherst Street, Ste 204**
**Nashua, NH 03063**

_____
Address

**Email: nontrustee@dntpc.com**
**603-886-7266  Fax: 603-886-7922**
Telephone Number

**June 23, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Marta E. Greenberg**
Signature of Authorized Individual

**Marta E. Greenberg**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**June 23, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## MV COMMUNICATIONS, INC.
## Unanimous Written Consent

We, the undersigned, being all the directors of the corporation, in lieu of a meeting of the directors, hereby adopt pursuant to RSA 293-A:8.21, the following resolutions and hereby direct that the same be filed with the minutes of the meetings of directors of the corporation as though voted and resolved at a regularly scheduled and noticed meeting of said directors, to wit:

Resolution 1:  That in the judgment of the directors of this corporation it is desirable and for the best interests of the corporation, its creditors, stockholders and other interested parties, that a petition pursuant to Chapter 7 of the Bankruptcy Code, 11 U.S.C. §101 et seq. be filed by this corporation.

Resolution 2:  That the President or Treasurer, or both, of this corporation, be and each hereby is, authorized and empowered, for and on behalf of this corporation and in its corporate name and behalf, to execute, acknowledge, verify and deliver a petition pursuant to Chapter 7 of the Bankruptcy Code, 11 U.S.C. §101 et seq.; and to cause the same to be filed with the United States Bankruptcy Court for the District of New Hampshire and to file such other instruments, schedules and other papers and to take any and all other action which either or both, so acting, may deem necessary or proper in connection with said proceedings.

Resolution 3:  That Steven M. Notinger, of the law firm of Donchess & Notinger, P.C. be retained as counsel to represent this corporation in the matter of the aforementioned proceedings and with respect to all proceedings pursuant to the Bankruptcy Code.


Dated:  June 18, 2011                              /s/ Mark Mallet
                                                   Mark Mallet
                                                   President

Dated:  June 18, 2011                              /s/ Marta Greenberg
                                                   Marta Greenberg
                                                   Vice-President

Dated:  June 18, 2011                              /s/ David Dick
                                                   David Dick
                                                   Vice-President

# United States Bankruptcy Court
## District of New Hampshire

In re    **MV Communications, Inc.**          Case No. _____

                             Debtor(s)        Chapter    **7**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$137,041.30** | **2011 YTD:** |
| **$436,504.47** | **2010:** |
| **$512,790.91** | **2009:** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

         AMOUNT          SOURCE

**3. Payments to creditors**

None
■     *Complete a. or b., as appropriate, and c.*

    a.     *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■     b.     *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐     c.     *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Mark Mallett**<br>**20 Jeff Lane**<br>**Litchfield, NH 03052**<br>  **Debtor Principal** | **Gross payroll figures plus one $600.00 advance paid in the one year period immediately preceding filing** | **$58,400.00** | **$168,507.71** |
| **Marta Greenberg**<br>**42 Nesenkeag Drive**<br>**Litchfield, NH 03052**<br>  **Vice President** | **Gross payroll (34,400) plus advances paid (1,300) and reimbursement of company expenses paid (1,875) in the one year period immediately preceding the filing of the petition** | **$37,575.00** | **$289,353.85** |
| **David Dick**<br>**59 Profile Circle**<br>**Nashua, NH 03063**<br>  **Vice President** | **Gross payroll in the one year immediately preceding the filing of the petition** | **$19,700.00** | **$1,000.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐     a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Seg NET Technologies, Inc. v. MV Communications, Inc.**<br>**Case No. 215-2010-CV-372** | | | **pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Donchess & Notinger, P.C.**<br>**547 Amherst Street, Ste 204**<br>**Nashua, NH 03063** | **5/13/2011** | **$2,201 plus $299 filing fee** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Software Innovations, Inc.**<br>**PO Box 1478**<br>**Nashua, NH 03061** | **1/2/2011** | **1 used printer ($100); 1 used computer ($175)** |
| **Robert Henney**<br>**75 Dubuque St., Unit 4**<br>**Manchester, NH 03102**<br>**employee** | **4/15/2011** | **Used computer monitor - $29.60** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **One Communications**<br>**2150 Homgren Way**<br>**Green Bay, WI 54304** | **Edgelink 100/Telco Systems MUC and Somera Patch Panel - value unknown** | **Debtor Offices** |
| **Fairpoint Communications** | **Fiber cabinet and equipment inside - value unknown** | **Debtor offices** |
| **segNet Technologies, Inc.**<br>**PO Box 610**<br>**Lebanon, NH 03766** | **Cisco 3550 Switch - value unknown numberous Cisco modems - value unknown** | **Debtor Offices** |
| **G4 Communicatons**<br>**25 South Maple Street**<br>**Manchester, NH 03101** | **Linksys/Cisco box** | **Debtor offices** |

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Marta Greenberg**<br>**42 Nesenkeag Drive**<br>**Litchfield, NH 03052** | **Payables and receivables processing**<br>**for the life of the business** |

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Redman & Savoie PLLC** | **Tax return preparation only** |
| **74 N. Easter Blvd, Unit 18A** | |
| **Nashua, NH 03062** | |

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Debtor** | |

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Mark Mallett** **20 Jeff Lane** **Litchfield, NH 03052** | **President** | **51% voting** |
| **Marta Greenberg** **42 Nesenkeag** **Litchfield, NH 03052** | **VP** | **39% voting** |
| **David Dick** **59 Profile Circle** **Nashua, NH 03063** | **VP** | **10% voting** |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME ADDRESS DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS TITLE DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT, DATE AND PURPOSE
RELATIONSHIP TO DEBTOR OF WITHDRAWAL

AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **June 23, 2011** Signature **/s/ Marta E. Greenberg**
**Marta E. Greenberg**
**Vice President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

In re  **MV Communications, Inc.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

In re   **MV Communications, Inc.**                       ,      Case No. _____

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash in cash box** | - | 2.13 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citizens bank checking account ending in 2581** | - | 267.36 |
| | | **Citizens Bank checking account ending in 5383** | - | 269.03 |
| | | **Centrix Bank checking account ending in 2062** | - | 114.83 |
| | | **Pay Pal account** | - | 125.68 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with landlord, The Milnes Family, LLC** | - | 2,128.50 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **2,907.53**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

In re __MV Communications, Inc._____,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | - | 18,245.05 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          18,245.05
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re    **MV Communications, Inc.**                  Case No. _____
                                               Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **domain names - value estimated anywhere between 30,000-$50,000k based on internet research** | - | **40,000.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Past and present customer information kept on computer in Debtor's possession - value is unknow** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **see attached list** | - | **3,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **see attached list** | - | **10,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **53,000.00** |
| (Total of this page) | |
| Total > | **74,152.58** |

Sheet   __2__   of   __2__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Other assets

Security systems:
  1 alarm/monitoring system on both floors (monitoring from One Source Security)
  1 door lock card key system, card swipe/readers installed at building front
    door and also door to colo room on 2nd floor
  Camera system: 2 cameras in colo room on 2nd floor wired to monitoring
    panel on 3rd floor with split screen monitor and VCR for taping

Domains (at least mv.net is valuable)

These are online only, not physical.  MV is the listed owner
at the registrar authority.

  mv.net
  de-inc.com
  emailmv.com
  emailmv.net
  emlot.net
  emlot.com
  emlto.com
  emlto.net
  mvgalaxy.net
  mvgalaxy.com
  suchmail.com
  suchmail.net
  mvwebmail.net
  mvwebmail.com
  themvpub.com
  themvpub.net
  mvwebmail.com
  mvwebmail.net

Computer equipment and such like

At: G4 Communications, 1 Sundial Ave, Manchester, NH
1 tower computer (server) (working)

All below are at: 55 Bridge St, Manchester NH 03101.

Building roof:  mast for antennas and two antennas with a transceiver

2nd floor

1 7 foot Datacenter enclosure for computers
  est value $200, based on Ebay listings
4 7 foot APC NetShelter enclosure for computers w/fans (extra cost)
  est value $600 each, based on Ebay listings.

Attached to floor computer racks with ladders for cables up top
(not sure...these might be leasehold improvements):
   4 in server room
   5 in colo room
1 wire guide that fits between the racks, not attached

couple dozen shelves for racks (some installed, some loose)
11 Livingston IRX router
10 Tylink CSU/DSU
11 BAT CSU/DSU
1 Adtran CSU/DSU
1 ADC Kentrox CSU
Many PC workstations...some work, some are used for parts
3 tower computers (servers) (working)
2 Dell PowerEdge servers (working) ($100)
3 mid-tower PCs
1 large rackmount server, homebuilt with 5 4G hard drives,expensive chassis
  (value around $300)
1 Total Control modem unit
1 Openroute GTS 250 router
2 Cisco 2501 router
1 Cisco 7206 router w/a lot of memory and extra cards ($400+)
1 Cisco 3640 router w/extra cards ($70)
3 Intel 510T switch   ($100 each)
1 24 port hub
10 Livingston PM3 units ($10)
6 Livingston/Lucent PM2e/30 units  ($10)
Several patch panels
1 Widebank MUX unit
1 HP ProCurve 400 switch w/5 cards  (value $50)
5 rack mount outlet strips ($40 each)
1 IOGear KVM switch with 8 cables ($300)
1 rackmount APC 3000 UPS unit (value $500, ebay)
2 rackmount APC 2200 UPS units (value $400 each, ebay)
5 floor model UPS units working
1 Compac Proliant DL50 server
1 Compac Proliant 6400R server
1 Cisco Aironet transceiver
1 disk array
3 ethernet patch panels
1 3com switch

1 Teleglobe X25 pad w/manual
1 Xedia MAD switch
5 Microcom ISPorte modem chassis w/power supply  ($400?)
 4-port modem cards in above
1 Livingston OR 384 router
1 Livingston OR/HS router
1 Proteon GTX1000 router
1 Proteon switch
3 Engage IPExpress routers
2 Riscom serial cards
1 Sitek serial card
An abandoned box of Verizon equipment and transceivers
many old Microcom and other dialup modems
1 satellite dish
1 satellite router
1 Dash phone system
Several Paradyne modems  for DSL
Several Westell and Zoom DSL modems plus a lot of cables and filters
5 DAT tape drives
various CD Rom drives
Numerous assorted CRT monitors

a couple of shelving units filled with computer hardware supplies and
some reels of cable


-----------------------------
3rd floor
13 computers, some PCs, some larger
1 fax machine
1 laser printer (broken but fixable)
1 old line printer on stand
1 Nitsuko Onyx phone system
umerous assorted CRT monitors

Furniture, etc.

All are at: 55 Bridge St, Manchester NH 03101.


2nd floor:

4 black metal shelving units
5 blue metal shelving units
1 grey metal shelving unit
1 silver (stronger) metal shelving unit
2 plastic shelving units

2 rolls brand new heavy duty matting (to use under items on roof)

1 large conference table
8 matching rolling conference room chairs
2 large white boards
2 old wood nightstands
1 paper folder
1 full size refridgerator
1 water cooler
2 microwaves
2 tables (one apart in closet)

6 cubicle modular unit, includes desks with side desks and overhead bins

6 grey desk units, in good shape
1 matching grey Credenza w/o storage
1 executive desk
1 black metal desk with side table
1 beige metal desk
1 blue metal desk
1 old but strong 4 drawer file cabinet
3 bookcases
A lot of chairs, for desk and for use at tables

3 large cloth wall hangings/decorations
4 standing lamps (not all have bulbs...were not in use)
Numerous old technical books
Numerous old movies on VCR tapes and a few dvds
2 old vacuum cleaners


3rd floor:

3 large white boards
2 couches
1 large side chair for couch

1 old wood desk
old copier on stand
5 long tables
1 round table
4 bookcases
4 cubicle modular unit. includes desks with side desks and overhead bins
 not set up
1 wood Credenza with storage
1 teak wood credenza w/o storage
3 metal desks
1 tall printer stand
5 computer table/desks
1 old heavy upright 4 drawer filing cabinet
1 shelf unit with doors on top
3 4-drawer lateral filing cabinets
2 2-drawer file cabinets
1 desktop (laid on the 2-drawer file cabinets)
1 full size refridgerator (very old)
1 6' metal supply cabinet
1 large wood drafting table top (no base)
1 tall patch panel

New window
Print all
Expand all
Forward a

```
========================================
```
Dana Brown
Yankee Marketplace, LLC
PO Box 107
Weare, NH  03281
  balance: 6750.00

```
========================================
```
Dr. Dobbs Journal
United Business Media LLC
DBA TechWeb
600 Community Drive
Manhasset, NY  11030
  balance: 518.70

```
========================================
```
Joshua Boulanger
Silent Song Networks LLC
25 Roxbury Street
Suite #5
Keene, NH  03431
  balance: 450.00

```
========================================
```
Andre Wood
Wizardry Compiled
Longwood Drive
Greenfield, NH  03047
  balance: 364.00

```
========================================
```
Jonathan Doyle
31 Central Sq. Office #17
Keene, NH  03431
  balance: 303.23

```
========================================
```
Arthur Ketchin
Celtic Beat
PO Box 3010
Nashua, NH  03061
  balance: 286.00

```
========================================
```
Jim Thatcher
33 Wiggin Road
Bedford, NH  03110
  balance: 250.00

```
========================================
```
Brian Reichert
25 E Derry Rd
Derry, NH  03038
  balance: 210.00

```
========================================
```

Amy Linari
7 Celtic St.
Concord, NH  03301
  balance: 180.00

=====================================
Scott Fitchet
Transactive Media Solutions
59 Walk Hill Street, #3
Jamaica Plain, MA  02130
  balance: 177.75

=====================================
Tim Lord
Print Zoo
PO Box 363
Amherst, NH  03031-0363
  balance: 171.00

=====================================
John Rockstroh
33 Fairway Drive
Hudson, NH  03051
  balance: 146.50

=====================================
Pennie O'Neal-Worster
129 Whitewater Brook Road
Claremont, NH  03743
  balance: 142.50

=====================================
Donald Burrill
130 New Boston Road
Bedford NH  03110
  balance: 127.91

=====================================
Matthew G. Arnold
29 Austin Road
Amherst, NH 03031
  balance: 127.50

=====================================
Helen Hemphill
372 Mayhew Turnpike
Bristol, NH  03222
  balance: 126.00

=====================================
Terence C. Burnham
14 Kirkland Road
Cambridge, MA  02138
  balance: 124.00

=====================================

Accounts Payable
Alexander LAN, Inc.
PO Box 1566
Nashua, NH 03062-1566
  balance: 119.85

=====================================
George Stergiou
PO Box 1096
Dover, NH  03821
  balance: 113.40

=====================================
Pat Jordan
18-B Chadwick Circle
Nashua, NH  03062
  balance: 109.50

=====================================
Rick Szmauz
311 Timbertop Road
New Ipswich, NH  03071
  balance: 105.60

=====================================
Douglas Parent
RR 1  Box 345B
35 Sugar River Drive
Claremont, NH  03743
  balance: 105.00

=====================================
Wendy Doughty
4 Forest Road
Atkinson, NH  03811
  balance: 101.85

=====================================
Todd Bullock
DNL
816 Elm Street Box 371
Manchester, NH  03101
  balance: 100.00

=====================================
Jim Graf
A/Soft Development Inc.
47 Heather Cir
Jefferson, MA 01522
  balance: 98.00

=====================================
David Belser
34 River Rd.
Penacook, NH  03303
  balance: 92.00

```
=====================================
Anna-May Eberhardt
Lyon Brook Unit #22
332 Parkside Road
New London, NH 03257
  balance: 90.00

=====================================
Doug Gootee
Web Administrator
Immanuel Evangelical Lutheran Church
673 Weston Road
Manchester, NH  03103
  balance: 90.00

=====================================
Town of Hancock
PO Box 6
Hancock, NH  03449
  balance: 90.00

=====================================
Jim Rivers
NH Babe Ruth Softball
103 Mountain Road
Concord, NH 03301
  balance: 87.00

=====================================
Andy Vangjel
Bragan Reporting Associates
PO Box 1387
Manchester, NH  03105
  balance: 86.00

=====================================
Jim Bowden
12 Hilltop Road
Barrington, NH  03825-2820
  balance: 82.50

=====================================
Monadnock Perspectives
335 Old Jaffrey Road
Peterborough, NH  03458
  balance: 76.51

=====================================
Robert Porthouse
93 South Main
West Lebanon, NH  03784
  balance: 75.00

=====================================
Dan York
```

52 Probate Street
Keene, NH 03431
  balance: 75.00

=====================================
Mary Frambach
3 New Orchard Road
Epsom, NH  03234
  balance: 74.28

=====================================
John Chasse
The Print Factory
15 Factory St
Nashua, NH  03063
  balance: 71.00

=====================================
Barry L. Kaplan
10 Roosevelt Ave
Hudson, NH  03051
  balance: 70.50

=====================================
Sam Bagdon
115 County Farm Crossroad
Dover, NH  03820
  balance: 70.50

=====================================
Joe Sherwood
MLK Self Defense Academy
67 Public Street
Manchester, NH  03103
  balance: 70.00

=====================================
PC Teacher, Inc.
47 Walnut St
Rochester, NH  03867-1018
  balance: 69.50

=====================================
Ellen Oberkotter
79 Sunrise Hill Road
Cornish, NH  03745
  balance: 67.50

=====================================
Jeff Berntsen
PO Box 1814
Keene, NH  03431
  balance: 67.50

=====================================
Richard Amodio

CenterEdge LLC
PO Box 330
Peterborough, NH  03458
  balance: 67.50

======================================
Keith Bamford
Daystar Computer Services
121 Shattuck Way
Newington, NH  03801
  balance: 65.00

======================================
Paul Batakis
Great Brook Village
10 Great Brook Drive
Belmont, NH  03220
  balance: 65.00

======================================
Sharon LaMontange
63 Old Bridge Street
Pelham, NH  03076
  balance: 65.00

======================================
Gary Oden
16 Cathedral Cir
Nashua, NH  03063-2719
  balance: 65.00

======================================
Laura Miller
Imagination Village Inc.
9 North Main Street
Concord, NH  03301
  balance: 64.00

======================================
Jeff Haskell
Discover Diving
17 Main St.
Atkinson, NH  03811
  balance: 62.00

======================================
Peter Aho
19 Goen Road
New Ipswich, NH  03071
  balance: 57.00

======================================
Steve Desopo
19 Wiley Hill Road
Londonderry, NH  03053
  balance: 55.50

```
=====================================
```
Lance Fraser
147 Hollis Road
Amherst, NH  03031-2835
  balance: 54.00

```
=====================================
```
Christopher Hallett
5 Nutter Street
Rochester, NH 03867
  balance: 53.50

```
=====================================
```
Kathy Vanforst
P.O.Box 275
Tamworth, NH  03886
  balance: 52.50

```
=====================================
```
David R. Dick
59 Profile Circle
Nashua, NH  03063-1750
  balance: 51.91

```
=====================================
```
Kathy Perra
4 Sunnyfield Dr.
Jaffrey, NH  03452
  balance: 50.00

```
=====================================
```
BeFree Community Church
118 Church St.
Barrington, NH  03825
  balance: 50.00

```
=====================================
```
Mike Gibbons
6 Premier Dr.
Londonderry, NH 03053
  balance: 50.00

```
=====================================
```
William Metropolis
6 Douglas Street
Merrimack, NH  03054
  balance: 49.75

```
=====================================
```
Dwayne Andreasen
DDA Services
137 Harvey Road
Londonderry, NH  03053
  balance: 49.00

```
========================================
```
Brian Cutter
PO Box 481
Tamworth, NH  03886
  balance: 47.00

```
========================================
```
Ann Majeske
51 Thomas Road
Greenfield, NH  03047
  balance: 47.00

```
========================================
```
Scott Soterion
Front Row Ticket Agency, Inc.
795 Elm Street, Suite 202
Manchester, NH  03101
  balance: 47.00

```
========================================
```
Kathleen Carpenter
RR1 Box 660
Greenfield, NH  03047
  balance: 47.00

```
========================================
```
Ben Freedman
Beckonings
221 Main Street
Nashua, NH  03060
  balance: 47.00

```
========================================
```
Chris Cramer
68 Colburn Road
Milford, NH  03055
  balance: 46.00

```
========================================
```
Blair J. Weiss
555 Middle Hancock Rd
Peterborough, NH  03458-2040
  balance: 45.17

```
========================================
```
Roberta Beeson
Harrisville Public Library
7 Canal Street
Harrisville, NH  03450
  balance: 45.00

```
========================================
```
Arthur Jennings
24 old west rd
Barnet, VT  05821
  balance: 45.00

```
=====================================
Nathan Ainsworth
Piper Hill Box 69
Claremont, NH  03743
  balance: 45.00


=====================================
Barbara Guinan
4 Silver Lane
Plymouth, NH  03264
  balance: 45.00


=====================================
Celeste Guidice
1 Summit St
Nashua, NH  03060
  balance: 45.00


=====================================
Alexander Bass
81 Fitzgerald Drive
Jaffrey, NH  03452
  balance: 45.00


=====================================
Jon Barrabas
124 Westchester Drive
Milford, NH  03055
  balance: 45.00


=====================================
Nancy Dickowski
113 Cottage Street
Littleton, NH  03561
  balance: 45.00


=====================================
Mary Moore
389 Charlotte St
Manchester, NH  03103
  balance: 45.00


=====================================
Eric Kratzenberg
475 Sand Hill Road
Peterborough, NH 03458
  balance: 45.00


=====================================
Norval D. Stapelfeld
680 Hevey St
Manchester, NH  03102-3116
  balance: 45.00


=====================================
```

Paul Bickford
17 Fairway Drive #27
Derry, NH  03038
  balance: 45.00

==================================

Kevin Galeaz
1465 Hooksett Road, Unit #239
Hooksett, NH  03106
  balance: 45.00

==================================

Greg Thulander
416 Winnacunnet Rd.
Hampton, NH  03842
  balance: 44.19

==================================

Mike Balcom
777 Gilford Ave
Gilford, NH  03249
  balance: 44.00

==================================

William R. Slack
202 Flagstone Drive, Apt 10
Nashua, NH  03063
  balance: 44.00

==================================

Jonathan Leer
Leer Technical Communications
43 McQuade Brook Road
Bedford, NH  03110
  balance: 42.00

==================================

Stephen L. Russo
80 Withee Brook Rd
Mason, NH  03048-4405
  balance: 41.45

==================================

Jonathan Arnold
32 Rita Drive
Medford, MA  02155
  balance: 40.40

==================================

J. Bruce Dawson
CodeMeta, Inc.
56 Whitehouse Road STE 5
Loudon, NH  03307
  balance: 40.40

==================================

Stephanie Urquhart
40 Ridgecrest Rd.
Jaffrey, NH  03452
  balance: 40.00

=====================================
Keith Cornelius
8 Crown Hill Road
Atkinson, NH  03811
  balance: 40.00

=====================================
Pablo Fleischmann
26 Emerson Brook Drive
Gilsum, NH  03448
  balance: 40.00

=====================================
Accounting Department
Clearview Software
P.O. Box 1370
Amherst, NH  03031-1370
  balance: 39.48

=====================================
Ken Kolman
Mall Ventures, LTD
15 Buckley Ave
Ashland, MA  01721
  balance: 39.00

=====================================
Jill Johnson
PO BOX 60
Cornish Flat, NH  03746
  balance: 38.45

=====================================
Tom Saluti
38 Royal Crest Park
Rochester, NH  03867
  balance: 37.86

=====================================
Coruway Film Institute
163 Court Street
Portsmouth, NH  03801
  balance: 37.80

=====================================
Gregory Smith
362 Walnut Street
Manchester, NH  03104
  balance: 37.58

=====================================

Robert Gallagher
15 Galloway Lane
Bedford, NH  03110
  balance: 36.00

===================================
Tom Bascom
218 County Road
Greenfield, NH  03047
  balance: 36.00

===================================
Garen Daly
Zeotrope
106 Jeremy Hill Rd
Pelham NH 03076
  balance: 35.76

===================================
Justin Spencer
PO Box 341
Goffstown, NH  03045
  balance: 35.00

===================================
Sharon-Ann Oszajca
PO Box 108
Cornish Flat, NH  03746
  balance: 35.00

===================================
Cliff Plourde
SEI Sales & Service LLC
227 Joe English Rd
New Boston, NH 03070
  balance: 35.00

===================================
Mark Mallett
20 Jeff Lane
Litchfield NH  03052
  balance: 35.00

===================================
David Baker
631 Greenville Road
Mason, NH  03048
  balance: 35.00

===================================
Dan Coutu
PO Box 345
Derby, VT 05829
  balance: 35.00

===================================

Art Joly
50L English Village Road #104
Manchester, NH 03102
  balance: 32.50

========================================

Brian Rousseau
TRF & Associates
26 Stirling Avenue
Hooksett, NH  03106
  balance: 32.00

========================================

David Jedlinsky
4 Foster Rd.
Milford, NH  03055-3604
  balance: 32.00

========================================

Ron Higgins
Ron Higgins
P.O. Box 160
Peterborough, NH  03458
  balance: 30.00

========================================

Preston Eames
65 Tucker Mt Rd
Meredith, NH  03253
  balance: 30.00

========================================

Eleanor T. Weiss
360 Osgood Road
Milford, NH  03055
  balance: 30.00

========================================

Bill Freeman
420 Tibbetts Hill Road
Goffstown, NH 03045-3023
  balance: 30.00

========================================

Mark LaFlamme
PO Box 507
Auburn , NH  03032
  balance: 29.00

========================================

Bruce Hammond
PO Box 497
Peterborough, NH  03458
  balance: 28.50

========================================

Data Analysis and Testing Assoc.
PO Box 270
Eliot ME  03903-0270
  balance: 28.50

======================================
Nancy Voorhis
VoorTech Consulting
362 E. Holderness Road
Holderness, NH  03245
  balance: 27.50

======================================
Debbie Schulte
Village Tapestries
PO Box 10072
Beford, NH  03110
  balance: 27.00

======================================
Susan Adams
Von Haus Gebet
100 Sand Hill Road
Peterborough, NH  03458
  balance: 27.00

======================================
Pete Rilley
20 King Arthur Drive
Londonderry, NH 03053
  balance: 26.13

======================================
Bill DEntremont
39  Nashua Road
Pelham, NH  03076
  balance: 26.00

======================================
Boyce Adams
470 Silver Street
Unit 316
Manchester, NH  03103
  balance: 25.00

======================================
Jeanne Lacey
263 Bodge Hill Road
Moultonborough, NH  03254
  balance: 25.00

======================================
Jim Bouchard
51 Wellington Circle
Lebanon, NH  03766
  balance: 25.00

```
========================================
```
Richard L. Stoneman
1461 Fowlerws Mill Rd.
P.O. Box 393
Chocorua, NH  03817
  balance: 25.00

```
========================================
```
Margie Blessing
PO Box 124
11 Jones Rd
Amherst, NH  03031
  balance: 25.00

```
========================================
```
Deborah Turaj
Steven Turaj
315 Main Street
Lancaster, NH  03584
  balance: 25.00

```
========================================
```
Darren Mackenzie
106 Main St., PMB 102
Houlton, ME  04730
  balance: 25.00

```
========================================
```
Herrika Poor
HC 75 Box 112
Cornish, NH  03745
  balance: 24.00

```
========================================
```
Paula Bellemore
Piscataquog Watershed Association
5a Mill Street
New Boston, NH  03070
  balance: 24.00

```
========================================
```
Charles W. Fisher Jr.
2 Laredo Circle
Nashua, NH  03062
  balance: 24.00

```
========================================
```
Phyllis Shapiro
42 Luthern Drive
Nashua, NH  03063
  balance: 24.00

```
========================================
```
James Tebbetts
211 River Rd

Manchester, NH  03104-2422
  balance: 23.50

========================================
Wally Brown
Black Horse Farm
421 Meeting House Hill Rd
Mason, NH  03048-4118
  balance: 23.50

========================================
Joseph Dubiansky
7-B Church Street
Deerfield, NH  03037
  balance: 23.50

========================================
Marcie Mullaney
Mullaney Management Resources
271 Chestnut Hill Rd
New Boston, NH  03070
  balance: 23.50

========================================
David Hallenbeck
Concurrent Technologies
4 Melody Lane
Amherst, NH 03031
  balance: 23.50

========================================
Troy Nolen
Norrad Inc.
33 Indian Rock Road
Windham, NH  03087
  balance: 23.25

========================================
Wayne Mueller
2034 Menominee Drive
Oshkosh, WI  54901
  balance: 23.00

========================================
Frank Durham
70 Hayden
Hollis, NH  03049
  balance: 22.50

========================================
Ruth Corum
453 Mayhew Turnpike
Plymouth, NH  03264
  balance: 22.50

========================================

Anne Doyle
408 Hunt Rd
Bridgewater, NH  03222
  balance: 22.50

=====================================
Irma Gross
27 Mirror Lake Road
Thornton, NH  03285
  balance: 22.50

=====================================
Robert McMahon
351 Center Road
Charlestown, NH  03603
  balance: 22.50

=====================================
Dave Dommel
3 Susan Drive
Pelham, NH  03076
  balance: 22.50

=====================================
Stuart Templeton
PO Box 201
Etna, NH  03750
  balance: 22.50

=====================================
James S Morash
PO Box 1372
Meredith, NH  03253
  balance: 22.50

=====================================
Michael Smith
424 River Rd
Dorchester, NH  03266
  balance: 22.50

=====================================
Bruce Posner
PO BOx 954
Hanover, NH  03755
  balance: 22.50

=====================================
Tom Gagnon
171 Rand Pond Road
Goshen, NH  03752
  balance: 22.50

=====================================
Daniel A. Nash
Mascoma Valley Railroad

387 Poverty Lane
Lebanon, NH  03766
  balance: 22.50

=====================================
Jane Sheehan
22 Shaw Rd
Loudon, NH  03307
  balance: 22.50

=====================================
Paul M. Buck
Po Box 243
Plymouth, NH  03264
  balance: 22.50

=====================================
George Whittaker
PO Box 92
Alexandria, NH  03222-0092
  balance: 22.50

=====================================
Paul Winalski
5 Indian Rock Road
Merrimack, NH  03054
  balance: 22.50

=====================================
Eric H. Brandow
13 Webber Road
East Hampstead, NH  03826
  balance: 22.50

=====================================
Bob Schroeder
27 Goffstown Rd.
Hooksett, NH  03106-2400
  balance: 22.50

=====================================
James R. Courtemanche
37 School Street
Suncook, NH  03275-1971
  balance: 22.50

=====================================
Richard Lowery
1163 New Boston Road
Francestown, NH  03043
  balance: 22.50

=====================================
Mike Mieckowski
11 Foxwood Lane
Litchfield, NH  03051

```
   balance: 22.50

=====================================
Ken Chester
PO Box 280
Hancock, NH  03449
   balance: 22.50

=====================================
Dick West
843 Gould Hill Rd
Contoocook, NH  03229-2816
   balance: 21.00

=====================================
Mike Goclowski
PO Box 83
Hopkinton, NH  03229
   balance: 20.20

=====================================
Erik Martin
9 Jacqueline Street
Hudson, NH  03051
   balance: 20.10

=====================================
Kathy Bakersmith
4 Avery St
Plymouth, NH  03264
   balance: 20.00

=====================================
David Larlee
112 Pelham Road
Hudson, NH  03051
   balance: 20.00

=====================================
James Baker
P.O.Box 40
Newton Jct., NH  03859
   balance: 20.00

=====================================
Tom Briggs
6 Rossini Road
Londonderry, NH  03053
   balance: 20.00

=====================================
Norman Hendricks
401 Dover Point Rd
Dover, NH  03820-4627
   balance: 20.00
```

```
=====================================
```
Robert Forbes
16 Hillside Drive
Rochester, NH  03867
  balance: 20.00

```
=====================================
```
Mark Greenly
84 Woodworth Avenue
Portsmouth, NH  03801
  balance: 19.00

```
=====================================
```
William Nicholson
18 Fairway Drive, Unit 8
Holderness, NH  03245
  balance: 18.02

```
=====================================
```
Lynn & Ken Austin
Lynn& Ken Austin
58 Crawley Falls Rd.
Brentwood, NH  03833
  balance: 18.00

```
=====================================
```
Leigh & Karen Fahel
57 Gates Street, 1st Floor
Manchester, NH  03102
  balance: 18.00

```
=====================================
```
Kathleen H. Fencil
6 Jasmine Drive
Nashua, NH  03063
  balance: 18.00

```
=====================================
```
Scott Belanger
591 Bedford Rd.
New Boston, NH  03070
  balance: 18.00

```
=====================================
```
Denise Buckman
225 Burpee Hill Rd.
Grantham, NH  03753
  balance: 17.50

```
=====================================
```
Marian Adams
PO Box 1428
Grantham, NH  03753
  balance: 17.50

```
=====================================
```

Bry Beeson
PO Box H
Orford, NH  03777
  balance: 17.50

=====================================
Alan and Betsy Switzer Jr.
Box 97
Center Sandwich, NH  03227
  balance: 17.50

=====================================
Nathaniel Steele
454 Morse Rd
New Gloucester, ME 04260
  balance: 17.50

=====================================
Tina Gebhard
PO Box 5572
Weirs Beach, NH 03247-5572
  balance: 17.00

=====================================
Christina Meinke
2A Concord St
Peterborough, NH  03458-1511
  balance: 17.00

=====================================
Brad Borbidge P.A.
197 Loudon Rd, Ste 350
Concord, NH  03301
  balance: 17.00

=====================================
Don Lessard
CDL Products
186 Pingree Hill Road
Auburn, NH  03032
  balance: 16.00

=====================================
Tim Bevins
92 Federal Hill Rd.
Hollis, NH 03049
  balance: 16.00

=====================================
William G. Parke  III
352 Main St.
Andover, NH 03216
  balance: 16.00

=====================================
Amy Bird

OT Works 4 Kidz
127 Rockingham Rd, Ste 203
Windham, NH  03087
  balance: 15.00

=====================================
Michael Widrig
Treasurer MSBL
17 Canterbury Lane
Bedford, NH 03110
  balance: 15.00

=====================================
Frank Clougherty
855 Hanover St
Manchester, NH  03104
  balance: 15.00

=====================================
Barry Dacks
Dallastone System Solutions, Inc.
9422 Silhouette Lane
Jacksonville, Fl 32257
  balance: 15.00

=====================================
Karen Kulon
7 Brian Drive
Londonderry, NH  03053
  balance: 15.00

=====================================
John Ost
Writers Online LLC
25 Lafrance Avenue
Nashua, NH  03060-1717
  balance: 15.00

=====================================
James and Jodi Roy
25 Grandview Street
Claremont, NH  03743
  balance: 14.28

=====================================
Ginger Thulander
Ideal Ideas
444 Lafayette Rd.
Hampton, NH  03842
  balance: 13.11

=====================================
Sara Schevis
119 Woodstock St
Haverhill, MA 01832
  balance: 12.00

```
====================================
```
Nathalie Hirte
Willowfield Connections
14 Lund Street
Litchfield, NH  03052
  balance: 12.00

```
====================================
```
Ben Shedlofsky
375 Pinetree Ridge Ln., Apt. # 1
Fenton, MO  63026
  balance: 12.00

```
====================================
```
Christopher Booth
357 Shaker Rd.
Canterbury, NH  03224
  balance: 12.00

```
====================================
```
Charles Matthews
The Hunt Memorial Building
6 Main St.
Nashua, NH  03064
  balance: 12.00

```
====================================
```
Leigh Ann Shriver
4 Pond Drive
Manchester, NH  03103
  balance: 12.00

```
====================================
```
Jonathan Rosse
28 Ponemah Rd
Amherst, NH  03031
  balance: 12.00

```
====================================
```
John Strich
PO box 392
Sunapee, NH  03782
  balance: 12.00

```
====================================
```
Shirley Kelleher
117 Crouse Road
Alexandria, NH 03222
  balance: 12.00

```
====================================
```
Betty Alcock
277 Little Pond Rd
Center Sandwich, NH  03222
  balance: 12.00

```
========================================
```
Christopher Creeger
P.O. Box 114
Meriden, NH  03770
  balance: 12.00

```
========================================
```
Doug Martin
Doug Martin Associates
PO Box 792
Claremont, NH  03743
  balance: 12.00

```
========================================
```
David Arno Hughey
PO Box 501
Meredith, NH  03253
  balance: 12.00

```
========================================
```
Susan Deschenes
Nashua Public Library
2 Court Street
Nashua, NH  03060
  balance: 12.00

```
========================================
```
Christopher Knoell
204 Federal Hill Rd
Milford, NH  03055
  balance: 12.00

```
========================================
```
Paul Krukonis
KBCO Master Designers and Remodelers
PO Box 1014
Londonderry, NH  03053
  balance: 12.00

```
========================================
```
Thomas Branscom
Concord Covenant Church
PO Box 1602
Concord, NH  03302
  balance: 12.00

```
========================================
```
Stephanie Bradley-Swift
Vision Research Graphics
17 Sunnyside Dr
Durham, NH  03824-3116
  balance: 12.00

```
========================================
```
Vitor Silva

84 Birchmeadow Rd
Merrimac, MA  01860-1706
  balance: 12.00


====================================
Rhonda Pope
240 RT 108
Somersworth, NH  03878
  balance: 12.00


====================================
Julie Porter
Orion Publishing Company
300 Tolend Road
Dover, NH  03820-5604
  balance: 12.00


====================================
Tony Lekas
30 Barretts Hill Road
Hudson, NH  03051
  balance: 12.00


====================================
Peter D. Hipson
13 South Shore Drive
Jaffrey, NH  03452
  balance: 12.00


====================================
Michael Thomas
Spica Technologies
18 Clinton Drive #3
Hollis, NH 03049
  balance: 12.00


====================================
Dr. Kevin Joback
Molecular Knowledge Systems
P.O. Box 10755
Bedford, NH  03110-0755
  balance: 12.00


====================================
Mike Ballentine
9 Bartlett Ave
Nashua, NH  03060-1603
  balance: 12.00


====================================
John Gibson
88 Rutland Street
Watertown, MA 02472
  balance: 11.25


====================================

Michael O'Shaughnessy
7 Grasmere Lane
Nashua, NH 03063-7016
  balance: 11.00

======================================
Patrick Baldwin
7 Winthrop St
Billerica, MA  01862
  balance: 10.50

======================================
Fred Shirley
111 Atherton Avenue
Nashua, NH  03064-1904
  balance: 10.32

======================================
Karl Swartz
PO Box 390205
Mountain View, CA  94039-0205
  balance: 10.10

======================================
DJ Delorie
334 North Rd
Deerfield, NH  03037-1110
  balance: 10.10

======================================
Joseph K. Martin
Underscore, Inc.
9 Jacqueline St
Hudson, NH 03051
  balance: 10.10

======================================
Suzanne Paquin
74 Highland Avenue
Cambridge, MA  02139
  balance: 10.10

======================================
Karen
Kimball Auto Body
P.O. Box 424
North Hampton, NH  03862
  balance: 10.00

======================================
Nate Carey
P.O.Box 27
Grantham, NH  03753
  balance: 10.00

======================================

Jim Jankowski
Dartex Software
79 Hanover St.
Lebanon, NH  03766
  balance: 10.00

=====================================
Van Mourik
2 Newstead St
Litchfield, NH  03052
  balance: 10.00

=====================================
Caroline Cloutier
414 Elm St
Keene, NH  03431-1818
  balance: 10.00

=====================================
Richard L. Ptak
26 Bloody Brook Road
Amherst, NH 03031
  balance: 10.00

=====================================
Jim Harris
22 Cricket Corner Rd
Amherst, NH  03031
  balance: 10.00

=====================================
Peter Ketteridge
1 Melody Lane
Amherst, NH  03031
  balance: 9.00

=====================================
Ann B Newbold
227 Dingleton Hill Road
Cornish, NH  03745
  balance: 7.60

=====================================
Cindy Knight
PO Box 394
Rindge, NH  03461
  balance: 7.54

=====================================
Ronald Smith
PO Box 174
Orford, NH 03777
  balance: 7.07

=====================================
Guy Pardoe

Pardoe Development Corporation
7 Shadow Lane
Peterborough, NH  03458
  balance: 7.00

=====================================
Peter Lynn Sessions
Technical Writing Services
68 Schaefer Circle
Hudson, NH  03051-5425
  balance: 6.80

=====================================
Cheryle Good
PO Box 1289
Londonderry, NH  03053
  balance: 6.00

=====================================
Gregory Mattes
9 Benjamin Dr
Goffstown, NH  03045-3041
  balance: 6.00

=====================================
Robert E. Korkuc
40 Buckridge Drive
Amherst, NH  03031
  balance: 6.00

=====================================
Keith Akerley
425 Jaffrey Road, Unit A
Peterborough, NH  03458
  balance: 6.00

=====================================
Bradley Pokorny
17 Pettingale road
Amherst, NH  03031
  balance: 6.00

=====================================
Sam Kendall
202 Hamilton Street
Cambridge, MA 02139-3924
  balance: 6.00

=====================================
John Andrick
5 Pope Circle
Nashua, NH  03063
  balance: 5.51

=====================================
Van Mourik

2 Newstead St
Litchfield, NH  03052
  balance: 5.00


=====================================
Vicki Bailey
22 Boscawen Avenue
Haverill, MA  01832
  balance: 5.00


=====================================
Mike Reuter
Professional Hair Dressers
250 Commercial Street
Unit 2013
Manchester, NH  03101
  balance: 5.00


=====================================
Diane Gosselin
PO Box 422
Georges Mills, NH  03751
  balance: 5.00


=====================================
Katherine Didier
PO Box C
Woodstock, NH  03293
  balance: 5.00


=====================================
Kenneth MacDonald
8 Hilltop Dr.
Plymouth, NH  03264
  balance: 5.00


=====================================
Richard & Janet Royce
206 Root Hill Road
Cornish, NH  03745-4712
  balance: 5.00


=====================================
Susan Janosz
152 Poplar Street
Manchester, NH  03104
  balance: 5.00


=====================================
Jeff Knight
Tamposi Company, Inc.
20 Trafalgar Sq, Ste 602
Nashua, NH  03063
  balance: 5.00


=====================================

William Dalessandro
Victor House News Company
PO Box 464
Amherst, NH  03031
  balance: 5.00

====================================
Susan Giusto
12 Lamb Road
Nashua, NH  03062
  balance: 5.00

====================================
Dana Groff
20501 Ivory Pass Court
Gaithersburg, MD  20879
  balance: 5.00

====================================
Robert A. Pezzano
120 Fisherville Rd. #100
Concord, NH 03303
  balance: 5.00

====================================
Berthold Langer
9 Woodland Drive
Londonderry, NH  03053
  balance: 5.00

====================================
Sarah St. John
12 Island Pond Road
Pelham, NH  03076-3546
  balance: 5.00

====================================
George Duncan
Duncan Direct Associates
16 Elm Street
Peterborough, NH  03458
  balance: 5.00

====================================
Don Booth
c/o Steve Booth
56 Baptist Rd.
Canterbury, NH 03224
  balance: 5.00

====================================
John Bachman
Anatek Corp
PO Box 1200
Amherst, NH 03031
  balance: 5.00

```
====================================
J. B. Levin
PO Box 478
Maricopa, AZ 85239-0478
  balance: 5.00


====================================
Tom Renaud
8 Chadbourne Avenue
Conway, NH 03818
  balance: 4.00


====================================
Dan Marsh
PO Box 555
Rindge, NH  03461-0555
  balance: 4.00


====================================
Marc Pion
966 Union St
Manchester, NH 03104
  balance: 2.76


====================================
David Dick
Software Innovations, Inc.
55 Bridge St, Suite 150
Manchester, NH  03101-1643
  balance: 2.20


====================================
Doug Cleveland
NorEasters Snowmobile Club
PO Box 517
Hollis, NH  03049
  balance: 2.00


====================================
Bill Capen
86 Gilson Rd
Nashua, NH  03062
  balance: 2.00


====================================
Jody Kaufman
Brentwood Country Animal Hospital, P.C.
299 Epping Road
Exeter, NH  03833
  balance: 2.00


====================================
Dominic Pono
Dominics Auto and Jeep
19 Hazel Dr Unit 1
```

Hampstead, NH  03841
  balance: 1.50


========================================
Lee Tack
Snow Nabstedt Power Transmissions
111 Joliette St
Manchester, NH  03102-3018
  balance: 1.00


========================================
Gene Gayda
PO Box 422
Nashua, NH  03061
  balance: 1.00


========================================
Donna Sovie
AEI
6 Wesley
Chelmsford, Ma  01824
  balance: 0.20

In re **MV Communications, Inc.** , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

In re     **MV Communications, Inc.**                   ,     Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__0__    continuation sheets attached

In re **MV Communications, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **mv.com** <br><br> **AdBase Systems, Inc.** <br> **8 Penn Center West, Ste 101** <br> **Pittsburgh, PA 15276** | - | | | | 4/29-5/29-2011 <br> **modem ports** | | | X | 538.13 |
| Account No. **mv.com** <br><br> **Global Pops** <br> **Eight Penn Center West, Ste 101** <br> **Pittsburgh, PA 15276** | | | | | **Representing:** <br> **AdBase Systems, Inc.** | | | | **Notice Only** |
| Account No. **xxxx-3454** <br><br> **City of Manchester** <br> **Parking Division** <br> **25 Vine Street** <br> **Manchester, NH 03101** | - | | | | 4/2011 <br> **parking permits** | | | | 350.00 |
| Account No. **xx-3006** <br><br> **City of Manchester, NH** <br> **Office of the City Clerk** <br> **Alarm Permits Billing Div.** <br> **One City Hall Plaza** <br> **Manchester, NH 03101** | - | | | | **alarm permit renewal for period** <br> **7/1/2011-6/30/2012 - Debtors are canceling** | | | | 30.00 |

___10___ continuation sheets attached

Subtotal (Total of this page) | 918.13

In re **MV Communications, Inc.** _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **David Dick** <br> **59 Profile Circle** <br> **Nashua, NH 03063** | - | | **numerous loans made over the course of 20 years** | | | | 1,000.00 |
| Account No. <br><br> **Estate of Polly Greenberg** <br> **c/o Robert Greenberg, executor** <br> **208 White Cedar Lane** <br> **Chico, CA 95928-9436** | - | | **9/18/2003** <br> **loan made in the original amount of $10,000** | | | | 1,517.24 |
| Account No. <br><br> **Estate of Polly Greenberg** <br> **c/o Robert Greenberg, executor** <br> **208 White Cedar Lane** <br> **Chico, CA 95928-9436** | - | | **8/12/2004** <br> **loan in the original amount of $15,000 plus interest - no payments have been made** | | | | 16,200.00 |
| Account No. xxxxxxxxx0141 <br><br> **Fairpoint Communications** <br> **Attn: Kevin Stewart** <br> **5441 Highway 90 West** <br> **Mobile, AL 36619** | - | | **10/2010-4/2011** <br> **Main phone lines** | | | | 4,277.11 |
| Account No. xxxxxxxxx1079 <br><br> **Fairpoint Communications** <br> **5441 Highway 90 West** <br> **Mobile, AL 36619** | - | | **1/2009-4/2011** <br> **DSL reseller acct - amount is disputed** | | | X | 211,932.59 |

Sheet no. __1__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

234,926.94

In re **MV Communications, Inc.**
,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxx5994**<br><br>**Fairpoint Communications**<br>**5441 Highway 90 West**<br>**Mobile, AL 36619** | - | | | | **12/2008-4/2011**<br>**T1 to customer** | | | | **10,601.20** |
| Account No. **xxxxxxxx4573**<br><br>**Fairpoint Communications**<br>**5441 Highway 90 West**<br>**Mobile, AL 36619** | - | | | | **12/2008-4/2011**<br>**T1 to customer** | | | | **9,630.36** |
| Account No. **xxxxxxxx4804**<br><br>**Fairpoint Communications**<br>**5441 Highway 90 West**<br>**Mobile, AL 36619** | - | | | | **12/2008-4/2011**<br>**T1 to customer** | | | | **9,630.36** |
| Account No. **xxxxxxxx8836**<br><br>**Fairpoint Communications**<br>**5441 Highway 90 West**<br>**Mobile, AL 36619** | - | | | | **12/2008-4/2011**<br>**T1 to customer** | | | | **9,741.99** |
| Account No. **xxxxxxxx2356**<br><br>**Fairpoint Communications**<br>**5441 Highway 90 West**<br>**Mobile, AL 36619** | - | | | | **2/2008-4/2011**<br>**T1 to customer** | | | | **10,655.11** |

Sheet no. __2__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**50,259.02**

In re **MV Communications, Inc.** _____ , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxx9969**<br><br>**Fairpoint Communications**<br>**5441 Highway 90 West**<br>**Mobile, AL 36619** | - | | | | 2/2008-4/2011<br>T1 to customer | | | | 10,555.36 |
| Account No. **xxxxxxx4707**<br><br>**Fairpoint Communications**<br>**5441 Highway 90 West**<br>**Mobile, AL 36619** | - | | | | 2/2008-4/2011<br>T1 to customer | | | | 6,666.49 |
| Account No. **xxxxxxxxx1875**<br><br>**Fairpoint Communications**<br>**5441 Highway 90 West**<br>**Mobile, AL 36619** | - | | | | 10/2008-5/2011<br>T3 line into office | | | | 87,379.24 |
| Account No. **xxxxxxxxx1474**<br><br>**Fairpoint Communications**<br>**5441 Highway 90 West**<br>**Mobile, AL 36619** | - | | | | 10/2008-5/2011<br>ATM T3 into office | | | | 14,617.25 |
| Account No. **xxxxxxxx4243**<br><br>**Fairpoint Communications**<br>**5441 Highway 90 West**<br>**Mobile, AL 36619** | - | | | | 12/2008-4/7/2011<br>T1 to customer | | | | 7,892.89 |

Sheet no. __3__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

127,111.23

In re **MV Communications, Inc.** _____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxx7355<br><br>**Fairpoint Communications<br>5441 Highway 90 West<br>Mobile, AL 36619** | - | | | 9/2008-5/2011<br>T1 to customer | | | | 33,460.30 |
| Account No. xxxxxxxx4996<br><br>**Fairpoint Communications<br>5441 Highway 90 West<br>Mobile, AL 36619** | - | | | 11/2008-1/2009<br>T1 to customer | | | | 59.08 |
| Account No. 6517<br><br>**G4 Communications Corp.<br>25 South Maple Street<br>Manchester, NH 03101** | - | | | 4/2011-6/2011<br>DSL for one customer - disputed | | | X | 395.90 |
| Account No.<br><br>**G4 Communications Corp.<br>PO Box 10722<br>Bedford, NH 03110** | | | | Representing:<br>**G4 Communications Corp.** | | | | Notice Only |
| Account No. xxxxx8991<br><br>**Global Crossing Telecommunications<br>PO Box 741276<br>Cincinnati, OH 45274-1276** | - | | | 3/9/2011-6/9/2011<br>Internet backbone connection | | | | 5,939.35 |

Sheet no. __4__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **39,854.63**

In re  **MV Communications, Inc.**                                    ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0204718991** <br><br> **Global Crossing Telecommunications** <br> **Attn: Contract Administration** <br> **225 Kenneth Drive** <br> **Rochester, NY 14623** | | | Representing: <br> **Global Crossing Telecommunications** | | | | **Notice Only** |
| Account No. <br><br> **Mark Mallett** <br> **20 Jeff Lane** <br> **Litchfield, NH 03052** | | - | **various** <br> **numerous loans made over the course of 20 years** | | | | **168,507.71** |
| Account No. <br><br> **Marta Greenberg** <br> **42 Nesenkeag Drive** <br> **Litchfield, NH 03052** | | - | **numerous loans made over the course of 20 years** | | | | **167,780.73** |
| Account No. <br><br> **Marta Greenberg** <br> **42 Nesenkeag Drive** <br> **Litchfield, NH 03052** | | - | **various** <br> **expenses no reimbursed** | | | | **121,573.12** |
| Account No. **xxx4206** <br><br> **One Communications** <br> **2150 Holmgren Way** <br> **Green Bay, WI 54304** | | - | **3/2011-5/2011** <br> **lines for dialup customer modem calls** | | | | **6,549.82** |

Sheet no. __5__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **464,411.38**

In re **MV Communications, Inc.** ,                    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**One Communications** <br>**PO Box 415721** <br>**Boston, MA 02241-5721** | | | Representing: <br>**One Communications** | | | | **Notice Only** |
| Account No. **xxx7991** <br><br>**PaeTec Communications, Inc.** <br>**One PaeTec Plaza** <br>**600 Willowbrook Office Park** <br>**Fairport, NY 14450** | - | | **3/2011-6/5/2011** <br>**Internet backbone connection** | | | X | **5,184.50** |
| Account No. <br><br>**Paetec** <br>**PO Box 1283** <br>**Buffalo, NY 14240-1283** | | | Representing: <br>**PaeTec Communications, Inc.** | | | | **Notice Only** |
| Account No. **xxxxxx5532** <br><br>**Poland Springs** <br>**#216 661 Dixie Highway, Ste 4** <br>**Louisville, KY 40258** | - | | **3/2011-4/2011** <br>**water delivery** | | | | **38.92** |
| Account No. <br><br>**Poland Springs** <br>**PO Box 856192** <br>**Louisville, KY 40285-6192** | | | Representing: <br>**Poland Springs** | | | | **Notice Only** |

Sheet no. __6__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **5,223.42**

In re **MV Communications, Inc.** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x xxters**<br><br>**PSNH**<br>**PO Box 638**<br>**Manchester, NH 03105-0638** | - | | **2/25/2011 to present**<br>**meter #1 - $450.10**<br>**meter #2 - 856.40**<br>**meter #3 - $2045.87**<br>**meter #4 - $252.13**<br>**last reading based on estimate which debtor believes to be high. Amount of last reading is disputed** | | | X | **3,154.40** |
| Account No.<br><br>**PSNH**<br>**PO Box 330**<br>**Manchester, NH 03105-0330** | | | **Representing:**<br>**PSNH** | | | | **Notice Only** |
| Account No. **xxxx1140**<br><br>**QWEST**<br>**555 17th Street**<br>**Denver, CO 80202-3950** | - | | **3/2011-5/31/2011**<br>**800 number service** | | | | **105.64** |
| Account No.<br><br>**QWEST**<br>**Business Services**<br>**PO Box 52187**<br>**Phoenix, AZ 85072-2187** | | | **Representing:**<br>**QWEST** | | | | **Notice Only** |
| Account No.<br><br>**Robert & Donna Greenberg**<br>**208 White Cedar Lane**<br>**Chico, CA 95928-9436** | - | | **4/27/2005**<br>**loan made to business in the original amount of $15,000** | | | | **9,536.61** |

Sheet no. __7__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)  **12,796.65**

In re **MV Communications, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint, or Community | | | | | |
| Account No. <br><br>**segNet Techonolgies, Inc.**<br>**PO Box 610**<br>**Lebanon, NH 03766** | - | | 2/1/2005-8/31/2010<br>**wholesale DSL internet connection services -**<br>**amount is disputed** | | | X | 102,787.21 |
| Account No. <br><br>**Carolyn Cole, Esq.**<br>**PO Box 160**<br>**Lebanon, NH 03766** | | | **Representing:**<br>**segNet Techonolgies, Inc.** | | | | Notice Only |
| Account No. **2118**<br><br>**Sidera Networks**<br>**Attn: Philip Lincoln**<br>**2200 West Park Drive**<br>**Westborough, MA 01581** | - | | 11/2010-6/30/2011<br>**Fiber to reach Global Crossing & Paetec** | | | | 18,988.01 |
| Account No. <br><br>**Sidera Networks**<br>**PO Box 644444**<br>**Pittsburgh, PA 15264-4444** | | | **Representing:**<br>**Sidera Networks** | | | | Notice Only |
| Account No. **xxxxxx0398**<br><br>**The Hartford**<br>**PO Box 2907**<br>**Hartford, CT 06104-2907** | - | | **Invoice received for Business policy renewal** | | | X | 502.07 |

Sheet no. __8__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

122,277.29

In re **MV Communications, Inc.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.

The Milnes Family, LLC
40 Stark Street
Manchester, NH 03101 | | - | | | Lease of Business Offices
**Past due rent of $10,073.18 plus deficiency balance for remainder of lease in the amount of $133,264.03** | | | | 143,337.21 |
| Account No. **xxx-xxxxxx4-000**

Toshiba Financial Services
1310 Madrid Street, Ste 101
Marshall, MN 56258 | | - | | | **7/2009-7/2012
lease of Toshiba ES203L Copier s/n CQB928814 - includes deficiency balance through the end of lease period (July 2012)** | | | | 1,710.00 |
| Account No. **500-0208574-000**

Nicholas Steinberg
Toshiba Financial Services
1310 Madrid Street
Marshall, MN 56258 | | | | | **Representing:**
Toshiba Financial Services | | | | Notice Only |
| Account No.

Scott McNeil
Sr. Recovery Analyst
Kramer & Associates
401 Hackensack Av., 9th Floor
Hackensack, NJ 07607 | | | | | **Representing:**
Toshiba Financial Services | | | | Notice Only |
| Account No.

Toshiba Financial Services
PO Box 790448
Saint Louis, MO 63179-0448 | | | | | **Representing:**
Toshiba Financial Services | | | | Notice Only |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

145,047.21

In re  **MV Communications, Inc.** _____ ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **U.S. Bankcorp Equipment Finance, Inc.** <br> **Litigation Collections Dept** <br> **1310 Madrid Street** <br> **Marshall, MN 56258** | | | **Representing:** <br> **Toshiba Financial Services** | | | | **Notice Only** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | **0.00** |
| Total <br> (Report on Summary of Schedules) | **1,202,825.90** |

In re   **MV Communications, Inc.**         ,      Case No. _____

                                       Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **The Milnes Family, LLC**<br>**40 Stark Street**<br>**Manchester, NH 03101** | **lease of office space - expires July 2013** |
| **Toshiba Financial Services**<br>**1310 Madrid Street, Ste 101**<br>**Marshall, MN 56258** | **lease of copier - expires July 2012 - $114/month** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

.

In re  **MV Communications, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## District of New Hampshire

In re   **MV Communications, Inc.**           Case No. _____

                  Debtor(s)     Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**64**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 23, 2011** _____      Signature   **/s/ Marta E. Greenberg** _____

                                                    **Marta E. Greenberg**
                                                    **Vice President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

### District of New Hampshire

In re    **MV Communications, Inc.** _____ ,     Case No. _____

                                      Debtor

                                                Chapter _____ **7** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Dick**<br>**59 Profile Circle**<br>**Nashua, NH 03063** | | **10%** | |
| **Mark Mallett**<br>**20 Jeff Lane**<br>**Litchfield, NH 03052** | | **51%** | |
| **Marta Greenberg**<br>**42 Nesenkeag Drive**<br>**Litchfield, NH 03052** | | **39%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___ **June 23, 2011** _____       Signature **/s/ Marta E. Greenberg** _____

                                                             **Marta E. Greenberg**<br>                                                             **Vice President**

      *Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                       Best Case Bankruptcy

# United States Bankruptcy Court
## District of New Hampshire

In re   **MV Communications, Inc.**          Case No. _____

                                     Debtor(s)        Chapter    **7**

## STATEMENT OF PARENT AND PUBLIC COMPANIES

Pursuant to Administrative Order 1074-1 and Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **MV Communications, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**June 20, 2011**                           **/s/ Steven M. Notinger**

Date                                    **Steven M. Notinger #03229**

                                      Signature of Attorney or Litigant

                                      Counsel for   **MV Communications, Inc.**

                                      **Donchess & Notinger, P.C.**
                                      **547 Amherst Street, Ste 204**
                                      **Nashua, NH 03063**
                                      **603-886-7266 Fax:603-886-7922**
                                      **nontrustee@dntpc.com**

# United States Bankruptcy Court
## District of New Hampshire

In re    __MV Communications, Inc.__               Case No. _____

                                   Debtor(s)       Chapter    __7__

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __June 23, 2011__                 __/s/ Marta E. Greenberg__

                                         __Marta E. Greenberg__/__Vice President__
                                         Signer/Title

AdBase Systems, Inc.
8 Penn Center West, Ste 101
Pittsburgh, PA 15276

Carolyn Cole, Esq.
PO Box 160
Lebanon, NH 03766

City of Manchester
Parking Division
25 Vine Street
Manchester, NH 03101

City of Manchester, NH
Office of the City Clerk
Alarm Permits Billing Div.
One City Hall Plaza
Manchester, NH 03101

David Dick
59 Profile Circle
Nashua, NH 03063

Estate of Polly Greenberg
c/o Robert Greenberg, executor
208 White Cedar Lane
Chico, CA 95928-9436

Fairpoint Communications
Attn: Kevin Stewart
5441 Highway 90 West
Mobile, AL 36619

Fairpoint Communications
5441 Highway 90 West
Mobile, AL 36619

FairPoint Communications
5 Davis Farm Road
Portland, ME 04103

FairPoint Communications
PO Box 11021
Lewiston, ME 04243-9472

FairPoint Communications
PO Box 257
Lewiston, ME 04243-0257

G4 Communications Corp.
25 South Maple Street
Manchester, NH 03101

G4 Communications Corp.
PO Box 10722
Bedford, NH 03110

Global Crossing Telecommunications
PO Box 741276
Cincinnati, OH 45274-1276

Global Crossing Telecommunications
Attn: Contract Administration
225 Kenneth Drive
Rochester, NY 14623

Global Pops
Eight Penn Center West, Ste 101
Pittsburgh, PA 15276

Mark Mallett
20 Jeff Lane
Litchfield, NH 03052

Marta Greenberg
42 Nesenkeag Drive
Litchfield, NH 03052

Nicholas Steinberg
Toshiba Financial Services
1310 Madrid Street
Marshall, MN 56258

One Communications
2150 Holmgren Way
Green Bay, WI 54304

One Communications
PO Box 415721
Boston, MA 02241-5721

Paetec
PO Box 1283
Buffalo, NY 14240-1283

PaeTec Communications, Inc.
One PaeTec Plaza
600 Willowbrook Office Park
Fairport, NY 14450

Poland Springs
#216 661 Dixie Highway, Ste 4
Louisville, KY 40258

Poland Springs
PO Box 856192
Louisville, KY 40285-6192

PSNH
PO Box 638
Manchester, NH 03105-0638

PSNH
PO Box 330
Manchester, NH 03105-0330

QWEST
555 17th Street
Denver, CO 80202-3950

QWEST
Business Services
PO Box 52187
Phoenix, AZ 85072-2187

Robert & Donna Greenberg
208 White Cedar Lane
Chico, CA 95928-9436

Scott McNeil
Sr. Recovery Analyst
Kramer & Associates
401 Hackensack Av., 9th Floor
Hackensack, NJ 07607

segNet Techonolgies, Inc.
PO Box 610
Lebanon, NH 03766

Sidera Networks
Attn: Philip Lincoln
2200 West Park Drive
Westborough, MA 01581

Sidera Networks
PO Box 644444
Pittsburgh, PA 15264-4444

The Hartford
PO Box 2907
Hartford, CT 06104-2907

The Milnes Family, LLC
40 Stark Street
Manchester, NH 03101

Toshiba Financial Services
1310 Madrid Street, Ste 101
Marshall, MN 56258

Toshiba Financial Services
PO Box 790448
Saint Louis, MO 63179-0448

U.S. Bankcorp Equipment Finance, Inc.
Litigation Collections Dept
1310 Madrid Street
Marshall, MN 56258

# United States Bankruptcy Court
## District of New Hampshire

In re    **MV Communications, Inc.**                Case No. _____

                           Debtor(s)             Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,201.00 |
| Prior to the filing of this statement I have received | $ | 2,201.00 |
| Balance Due | $ | 0.00 |

2.   $ __**299.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding, preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    __June 23, 2011__             **/s/ Steven M. Notinger**
                                               **Steven M. Notinger #03229**
                                               **Donchess & Notinger, P.C.**
                                               **547 Amherst Street, Ste 204**
                                               **Nashua, NH 03063**
                                               **603-886-7266  Fax: 603-886-7922**
                                               **nontrustee@dntpc.com**

# United States Bankruptcy Court

## District of New Hampshire

In re     **MV Communications, Inc.**                           ,

Case No. _____

                                  Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 46 | 74,152.58 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 1,202,825.90 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 62 | | | |
| Total Assets | | | 74,152.58 | | |
| Total Liabilities | | | | 1,202,825.90 | |

# United States Bankruptcy Court

## District of New Hampshire

In re    **MV Communications, Inc.** _____ ,    Case No. _____

                                        Debtor

                                        Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

    ☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |